UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

           Petitioner,

v.

STATE OF WASHINGTON,

           Respondent.

CASE NO. 2:21-cv-00834-TSZ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, docket no. 3, and the remaining record,[1] does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation, docket no. 2.

(2)     Pursuant to the Court's Order of March 13, 1997, the Clerk is directed to administratively close this matter.

(3)     The Clerk is directed to send copies of this order to petitioner, counsel for respondent, and to the Hon. J. Richard Creatura.

**DATED** this 13th day of August, 2021.

                                          Thomas S. Zilly
                                          United States District Judge

---

[1] Petitioner has also filed a proposed motion for expedited review, docket no. 4, and a premature appeal to the Ninth Circuit, docket no. 5.